| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  SEPTEMBER 25, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:   1:25 p. m. to 1:25 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR203-MHT-CSC**     **DEFENDANT NAME: JOSEPH STRINGER**

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  CHRISTOPHER SNYDER | ATTY.   DONNIE BETHEL |

√     **DISCOVERY STATUS:** Complete.

_____
_____

√     **PENDING MOTION STATUS:** None.

_____

√     **PLEA STATUS:** Possible Plea

_____
_____

√     **TRIAL STATUS:** Will take 2 days to try cases, if goes to trial.

_____

❒     **REMARKS:**

_____