| | | |
|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: October 23, 2006 | FTR RECORDING: 10:10-11:29 |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Mitchell Risner | |

❏ **ARRAIGNMENT**    ✓ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON
**CASE NUMBER:** 2:06CR203-MHT-CSC    **DEFENDANT NAME:** JOSEPH LEE STRINGER
**AUSA:** CHRISTOPHER SNYDER    **DEFENDANT ATTY:** JENNIFER HART
**USPTS/USPO:** Jackie Cagle    Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (✓) FDO

Defendant ___ does ✓ does NOT need and interpreter. Name: _____

---

❏ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❏ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❏ **ORAL ORDER** Appointing ❏ FPD or ❏ CJA Panel. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **FELONY INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty    ❏ Nol Contendere    ❏ Not Guilty by reason of insanity
✓ Guilty as to:    ✓ Count(s) 2 of the **Indictment**.
✓ Count(s) 1;3    ❏ dismissed on oral motion of USA;
✓ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❏ No Plea Agreement entered    ✓ Written plea agreement filed.    ❏ **ORDERED SEALED**.

✓ **ORAL ORDER** Adjudicating defendant guilty.

✓ **ORDER:** Defendant Continued    ✓ Same Conditions/Bond imposed ;
❏ Released on Bond & Conditions of Release for:    ❏ Trial on _____ ;
✓ Sentencing on _____ ; ✓ to be set by Separate Order

❏ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
❏ Trial on _____ ; or ❏ Sentencing on _____ ❏ Set by separate Order.