IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

FILED
OCT 2 3 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| IN UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| Joseph Lee Stringer | Docket No. 2:06-cr-203 |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending <u>sentencing</u>.

[ X ]   A.   It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on  August 23, 2006  .

[ ]   B.   It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

The defendant shall:

[ ]   1.   Execute an unsecured bond in the amount of $_____.

[ ]   2.   Execute a bail bond with surety in the amount of $_____.

[ ]   3.   Not commit a federal, state or local crime during the period of release.

[ ]   4.   Refrain from possessing a firearm or other dangerous weapon.

[ ]   5.   Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

[ ]   6.   Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:
_____

[ ]   7.   Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

[ ]   8.   Be restricted to travel in _____.

[ ]   9.   Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: Oct 23, 2006

U.S. Magistrate Judge