# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY   ALABAMA

DATE COMMENCED   January 31, 2007           AT   2:55   A.M./P.M.

DATE COMPLETED   January 31, 2007           AT   3:22   A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            2:06cr203-MHT
         VS.

JOSEPH LEE STRINGER

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher A. Synder | X | Atty Jennifer A. Hart |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:       SENTENCING HEARING

| | |
|---|---|
| 2:55 p.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. |
| 3:00 p.m. | Break for parties to discuss modification of sentence. |
| 3:20 p.m. | Sentencing hearing continues. Parties agree to amend sentence as stated on the record. **JOINT ORAL MOTION** to continue sentencing. Order to issue continuing sentencing. |
| 3:22 p.m. | Hearing concluded. |