IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr203-MHT |
| **JOSEPH LEE STRINGER** | ) | |

**ORDER**

Based on the representations made today in open court, it is ORDERED as follows:

(1) The parties' joint oral motion to continue sentencing is granted.

(2) Sentencing for defendant Joseph Lee Stringer is reset for February 16, 2007, at 8:30 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 1st day of February, 2007.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**