# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   February 16, 2007          AT  9:37   A.M./P.M.

DATE COMPLETED   February 16, 2007          AT  9:45   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           2:06cr203-MHT
        VS.

JOSEPH LEE STRINGER

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Christopher A. Synder | X | Atty Jennifer A. Hart |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:     SENTENCING HEARING

9:37 a.m.              Sentencing hearing commenced. Sentence
                       Imposed; **ORAL ORDER** during sentence
                       imposition granting [25] Motion for Downward
                       Departure. Government's **ORAL MOTION** to
                       dismiss Counts 1 and 3 of the Indictment.
                       **ORAL ORDER** granting ORAL MOTION to Dismiss.
9:45 a.m.              Hearing concluded.