IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.                        ) | CRIMINAL ACTION NO. |
| ) | 2:06cr203-MHT |
| JOSEPH LEE STRINGER       ) | |

### ORDER

It is ORDERED that the motion to add publication dates to record (Doc. No. 31) is granted.

The clerk of the court is DIRECTED to enter the legal notice into the record.

DONE, this the 9th day of April, 2007.

        /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE