**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: 2:06CR203-MHT |
| DEFENDANT: JOSEPH LEE STRINGER | TYPE OF PROCESS: PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ONE TAURUS, MODEL ULTRALIGHT, .38 SPECIAL REVOLVER, BEARING SERIAL NUMBER VJ987235

ADDRESS: c/o Bureau of Alcohol, Tobacco, Firearms & Explosives - 2 North Jackson Street, Suite 404, Montgomery, AL

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

AGENCY CASE # 776045-06-0059

Signature of Attorney: [signed] ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 11/08/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I hereby certify and return that I ☒ have personally served...

Date of Service: 2-27-07    Time: 2:00 pm
Signature of U.S. Marshal or Deputy: [signed]

REMARKS:

RETURNED AND FILED
APR 26 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

FORM USM 285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED