```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA     )
                             )
         v.                  )   CR. NO. 2:06cr203-MHT
                             )
JOSEPH LEE STRINGER          )

### UNITED STATES OF AMERICA'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on January 29, 2007, this Court entered an Amended Preliminary Order of Forfeiture ordering defendant Joseph Lee Stringer to forfeit his interest in the Taurus, Model Ultralight, .38 Special Revolver, bearing serial number VJ987235.

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Amended Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm was published in the Montgomery Independent newspaper on March 22, 29 and April 5, 2007; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 16th day of May, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on May 16, 2007, I electronically filed the foregoing Motion for Final Order of Forfeiture and Proposed Final Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher A. Snyder and Jennifer Hart.

    /s/John T. Harmon
    John T. Harmon
    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr203-MHT |
| | ) | |
| JOSEPH LEE STRINGER | ) | |

<u>FINAL ORDER OF FORFEITURE</u>

WHEREAS, on January 29, 2007, this Court entered an Amended Preliminary Order of Forfeiture, ordering defendant Joseph Lee Stringer to forfeit his interest in the Taurus, Model Ultralight, .38 Special Revolver, bearing serial number VJ987235.

The United States published notice of this forfeiture in the <u>Montgomery Independent</u> newspaper in accordance with the law and as specified in the Amended Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

No timely petition has been filed; and,

The Court finds that defendant Joseph Lee Stringer had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).  The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 922(g)(3).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c): One Taurus, Model Ultralight, .38 Special Revolver, bearing serial number VJ987235.

2. All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE