IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>                                                 )<br>  v.                                             )   CRIMINAL ACTION NO.<br>                                                 )        2:06cr203-MHT<br>JOSEPH LEE STRINGER         ) | |

### ORDER

It is ORDERED that the government's motion for a final order of forfeiture (Doc. No. 34) is set for submission, without oral argument, on June 1, 2007, with any responses due by said date.

DONE, this the 24th day of May, 2007.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE